THE TRI-BULLION SMELTING AND DEVELOPMENT COMPANY, Respondent, v. JOHN B. CORLISS et al., Defendants, and ALLEN CURTIS et al., Appellants.

*Corporations — directors — negligence — liability of directors of corporation for moneys misappropriated by treasurer of corporation during their term of office.*

*Tri-Bullion Smelting & Development Co.* v. *Corliss*, 186 App. Div. 613, affirmed.

(Argued January 31, 1921; decided March 1, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1919, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was brought against former directors of the plaintiff company to recover, on the ground of negligence on their part, moneys misappropriated by the treasurer

of the company while the said defendants were serving as directors of said company. Defendants, appellants contended that the losses incurred by plaintiff and for which it recovered were in fact occasioned by the negligence of the banks and that the banks and not defendants were liable.

*Richard T. Greene* and *Daniel S. Murphy* for appellants.

*H. V. M. Dennis, Jr.,* and *Charles Paul Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.